

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 99-0528-CIV-LENARD
Magistrate Judge Turnoff

ESTATE OF WINSTON CABELLO, et al.,

    Plaintiffs,

vs.

ARMANDO FERNÁNDEZ-LARIOS,

    Defendant.

_____/

## DEFENDANT'S ANSWER AND AFFIRMATIVE DEFENSES

Defendant, Armando Fernández Larios ("Fernández") files this Answer to the Second Amended Complaint for Extrajudicial Killing; Torture; Crimes against Humanity; and Cruel, Inhuman or Degrading Treatment or Punishment ("Second Amended Complaint") of Plaintiffs, Zita Cabello Barrueto, in her capacity as the personal representative of the Estate of Winston Cabello, Elsa Cabello, Karin Cabello Moriarty, Aldo Cabello, and Zita Cabello Barrueto in her individual capacity (collectively "Cabello"), and avers as follows:

    1.    Defendant denies the allegations contained in paragraph 1 of the Second Amended Complaint.

    2.    Defendant denies the allegations contained in paragraph 2 of the Second Amended Complaint.

    3.    Defendant admits the events described in the Complaint occurred after September 11, 1973 and admits that he was an officer in the Chilean Army, but otherwise denies the remaining allegations contained in paragraph 3 of the Second Amended Complaint.

Doc.#: 169296v1  02-24-2003; 11:58:33

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

4. Defendant denies the allegations contained in paragraph 4 of the Second Amended Complaint.

5. Defendant admits the allegations contained in paragraph 5 of the Second Amended Complaint.

6. Defendant denies the allegations contained in paragraph 6 of the Second Amended Complaint.

7. Defendant denies the allegations contained in paragraph 7 of the Second Amended Complaint.

8. Defendant denies the allegations contained in paragraph 8 of the Second Amended Complaint.

9. Defendant admits the allegations contained in paragraph 9 of the Second Amended Complaint.

10. Defendant admits the allegations contained in paragraph 10 of the Second Amended Complaint.

11. Defendant denies the allegations contained in paragraph 11 of the Second Amended Complaint.

12. Defendant denies the allegations contained in paragraph 12 of the Second Amended Complaint.

13. Defendant admits that he became a member of D.I.N.A., but denies the remaining allegations contained in paragraph 13 of the Second Amended Complaint.

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

14. Defendant admits resigning from the Chilean Army in January 1987, but denies the remaining allegations contained in paragraph 14 of the Second Amended Complaint.

15. Defendant denies that he was under United States protection in 1987, and states that by January 1988, Defendant was living in Miami-Dade County, Florida under his own name. Defendant denies all other allegations contained in paragraph 15 of the Second Amended Complaint.

16. Defendant admits the allegations contained in paragraph 16 of the Second Amended Complaint.

17. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 17 of the Second Amended Complaint.

18. Defendant is without knowledge of information sufficient to respond to the allegations contained in paragraph 18 of the Second Amended Complaint.

19. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 19 of the Second Amended Complaint.

20. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 20 of the Second Amended Complaint.

21. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 21 of the Second Amended Complaint.

22. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 22 of the Second Amended Complaint.

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
*Case No. 99-0528-CIV-Lenard*

23. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 23 of the Second Amended Complaint.

24. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 24 of the Second Amended Complaint.

25. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 25 of the Second Amended Complaint.

26. Defendant denies the allegations contained in paragraph 26 of the Second Amended Complaint, insofar as it relates to him and otherwise is without knowledge or information as to the remaining allegations contained in paragraph 26 of the Second Amended Complaint.

27. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 27 of the Second Amended Complaint.

28. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 28 of the Second Amended Complaint.

29. Defendant denies the allegations contained in paragraph 29 of the Second Amended Complaint.

30. Defendant admits traveling to the cities alleged and otherwise is without knowledge or information as to the remaining allegations contained in paragraph 30 of the Second Amended Complaint.


*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

31. Defendant admits to stopping in various cities, but otherwise is without knowledge or information as to the remaining allegations contained in paragraph 31 of the Second Amended Complaint.

32. Defendant denies the allegations contained in paragraph 32 of the Second Amended Complaint.

33. Defendant denies the allegations contained in paragraph 33 of the Second Amended Complaint.

34. Defendant denies the allegations contained in paragraph 34 of the Second Amended Complaint.

35. Defendant denies the allegations contained in paragraph 35 of the Second Amended Complaint.

36. Defendant admits the allegations contained in paragraph 36 of the Second Amended Complaint.

37. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 37 of the Second Amended Complaint.

38. Defendant denies the allegations contained in paragraph 38 of the Second Amended Complaint.

39. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 39 of the Second Amended Complaint.

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

40. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 40 of the Second Amended Complaint.

41. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 41 of the Second Amended Complaint.

42. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 42 of the Second Amended Complaint.

43. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 43 of the Second Amended Complaint.

44. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 44 of the Second Amended Complaint.

45. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 45 of the Second Amended Complaint.

46. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 46 of the Second Amended Complaint.

47. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 47 of the Second Amended Complaint.

48. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 48 of the Second Amended Complaint.

49. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 49 of the Second Amended Complaint.

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

50. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 50 of the Second Amended Complaint.

51. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 51 of the Second Amended Complaint.

52. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 52 of the Second Amended Complaint.

53. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 53 of the Second Amended Complaint.

54. Defendant denies the allegations contained in paragraph 54 of the Second Amended Complaint.

55. Defendant denies the allegations contained in paragraph 55 of the Second Amended Complaint.

56. Defendant denies the allegations contained in paragraph 56 of the Second Amended Complaint.

57. Defendant readopts and realleges his answers contained in paragraphs 1-56 of the Second Amended Complaint.

58. Defendant denies the allegations contained in paragraph 58 of the Second Amended Complaint.

59. Defendant denies the allegations contained in paragraph 59 of the Second Amended Complaint.

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

60. Defendant denies the allegations contained in paragraph 60 of the Second Amended Complaint.

61. Defendant denies the allegations contained in paragraph 61 of the Second Amended Complaint.

62. Defendant denies the allegations contained in paragraph 62 of the Second Amended Complaint.

63. Defendant readopts and realleges his answers contained in paragraphs 1-56 of the Second Amended Complaint.

64. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 64 of the Second Amended Complaint.

65. Defendant denies the allegations contained in paragraph 65 of the Second Amended Complaint.

66. Defendant denies the allegations contained in paragraph 66 of the Second Amended Complaint.

67. Defendant denies the allegations contained in paragraph 67 of the Second Amended Complaint.

68. Defendant denies the allegations contained in paragraph 68 of the Second Amended Complaint.

69. Defendant denies the allegations contained in paragraph 69 of the Second Amended Complaint.

Doc.#: 147219v1 01-11-2002; 14:41:43

8

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

70. Defendant denies the allegations contained in paragraph 70 of the Second Amended Complaint.

71. Defendant readopts and realleges his answers contained in paragraphs 1-56 of the Second Amended Complaint.

72. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 72 of the Second Amended Complaint.

73. Defendant denies the allegations contained in paragraph 73 of the Second Amended Complaint.

74. Defendant denies the allegations contained in paragraph 74 of the Second Amended Complaint.

75. Defendant denies the allegations contained in paragraph 75 of the Second Amended Complaint.

76. Defendant denies the allegations contained in paragraph 76 of the Second Amended Complaint.

77. Defendant denies the allegations contained in paragraph 77 of the Second Amended Complaint.

78. Defendant denies the allegations contained in paragraph 78 of the Second Amended Complaint.

79. Defendant readopts and realleges his answers contained in paragraphs 1-56 of the Second Amended Complaint.

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

80. Defendant denies the allegations contained in paragraph 80 of the Second Amended Complaint.

81. Defendant denies the allegations contained in paragraph 81 of the Second Amended Complaint.

82. Defendant denies the allegations contained in paragraph 82 of the Second Amended Complaint.

83. Defendant denies the allegations contained in paragraph 83 of the Second Amended Complaint.

84. Defendant denies the allegations contained in paragraph 84 of the Second Amended Complaint.

85. Defendant denies the allegations contained in paragraph 85 of the Second Amended Complaint.

86. Defendant denies the allegations contained in paragraph 86 of the Second Amended Complaint.

87. Defendant denies the allegations contained in paragraph 87 of the Second Amended Complaint.

88. Defendant denies the allegations contained in paragraph 88 of the Second Amended Complaint.

89. Defendant denies the allegations contained in paragraph 89 of the Second Amended Complaint.

90. Defendant readopts and realleges his answers contained in paragraphs 1-56 of the Second Amended Complaint.

91. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 91 of the Second Amended Complaint.

92. Defendant denies the allegations contained in paragraph 92 of the Second Amended Complaint.

93. Defendant denies the allegations contained in paragraph 93 of the Second Amended Complaint.

94. Defendant denies the allegations contained in paragraph 94 of the Second Amended Complaint.

95. Defendant denies the allegations contained in paragraph 95 of the Second Amended Complaint.

96. Defendant denies the allegations contained in paragraph 96 of the Second Amended Complaint.

97. Defendant readopts and realleges his answers contained in paragraphs 1-56 of the Second Amended Complaint.

98. Defendant is without knowledge or information sufficient to respond to the allegations contained in paragraph 98 of the Second Amended Complaint.

99. Defendant denies the allegations contained in paragraph 99 of the Second Amended Complaint.

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

100. Defendant denies the allegations contained in paragraph 100 of the Second Amended Complaint.

101. Defendant denies the allegations contained in paragraph 101 of the Second Amended Complaint.

102. Defendant denies the allegations contained in paragraph 102 of the Second Amended Complaint.

103. Defendant denies the allegations contained in paragraph 103 of the Second Amended Complaint.

104. Defendant readopts and realleges his answers contained in paragraphs 1-56 of the Second Amended Complaint.

105. Defendant denies the allegations contained in paragraph 105 of the Second Amended Complaint.

106. Defendant denies the allegations contained in paragraph 106 of the Second Amended Complaint.

107. Defendant denies the allegations contained in paragraph 107 of the Second Amended Complaint.

108. Defendant denies the allegations contained in paragraph 108 of the Second Amended Complaint.

109. Defendant denies the allegations contained in paragraph 109 of the Second Amended Complaint.

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

110. Defendant denies the allegations contained in paragraph 110 of the Second Amended Complaint.

111. Defendant denies the allegations contained in paragraph 111 of the Second Amended Complaint.

112. Defendant readopts and realleges his answers contained in paragraphs 1-56 of the Second Amended Complaint.

113. Defendant denies the allegations contained in paragraph 113 of the Second Amended Complaint.

114. Defendant denies the allegations contained in paragraph 114 of the Second Amended Complaint.

115. Defendant denies the allegations contained in paragraph 115 of the Second Amended Complaint.

116. Defendant denies the allegations contained in paragraph 116 of the Second Amended Complaint.

117. Defendant denies the allegations contained in paragraph 117 of the Second Amended Complaint.

118. Defendant denies the allegations contained in paragraph 118 of the Second Amended Complaint.

119. Defendant denies the allegations contained in paragraph 119 of the Second Amended Complaint.

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
*Case No. 99-0528-CIV-Lenard*

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The claims are barred by the statute of limitations. Fernández has lived in Miami-Dade County since 1988 and the Complaint was not filed until 1999.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs do not have standing to being claims Four, Five and Seven of the Second Amended Complaint.

### THIRD AFFIRMATIVE DEFENSE

The claims fail to state a cause of action against Fernández.

WHEREBY, having fully answered the Second Amended Complaint, Defendant asks that the Second Amended Complaint be dismissed with prejudice, taxing all costs against Plaintiffs.

Dated: February 24, 2003

**BOIES, SCHILLER & FLEXNER LLP**
Attorneys for Defendant
Bank of America Tower, Suite 2800
100 S.E. 2nd Street
Miami, Florida 33131
Tel: (305) 539-8400
Fax: (305) 539-1307

By: _____
Steven W. Davis
Florida Bar No. 347442

and

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

**BUCHANAN INGERSOLL P.C.**
Co-Counsel for Armando Fernandez Larios
Suite 2100
100 S.E. Second Street
Miami, Florida 33131
Tel: (305) 347-4080
Fax: (305) 347-4089

By: _____
Timothy J. Norris
Florida Bar No. 206679

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true copy of the foregoing Defendant's Answer and Affirmative Defenses was served by U.S. mail this 24th day of February, 2002, upon the following:

Julie C. Ferguson
Julie C. Ferguson & Associates, P.A.
Courvoisier Centre II, Suite 705
601 Brickell Key Drive
Miami, Florida 33131

Susan Shawn Roberts
Jill Anne Peasley
Elizabeth Van Schaak
Joshua N. Sondheimer
The Center for Justice & Accountability
Suite 433
588 Sutter Street
San Francisco, California 94102

Leo Cunningham
Adam Safwat
Nicole M. Healy
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, California 94304-1050

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
Case No. 99-0528-CIV-Lenard

Paul Hoffman
Bostwick & Hoffman, LLP
Suite 1000
100 Wilshire Boulevard
Santa Monica, California 90401

Assistant Professor David Sloss
St. Louis University Law School
3700 Lindell Boulevard
St. Louis, Missouri 63108

Robert G. Kerrigan
Kerrigan, Estess, Rankin & McLeod, LLP
Post Office Box 12009
400 E. Government Street
Pensacola, Florida 32501