UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 99-0528-CIV-LENARD
MAGISTRATE JUDGE SIMONTON



ESTATE OF WINSTON CABELLO,
*et al.*

      **Plaintiffs,**

v.

ARMANDO FERNANDEZ-LARIOS,

      **Defendant.**

_____/

### DEFENDANT'S OBJECTIONS TO PLAINTIFFS' REQUEST FOR JUROR QUESTIONS OR PROPOSED *VOIR DIRE* QUESTIONS

Defendant, Armando Fernández-Larios files his Objections to Plaintiffs' Request for Juror Questions or Proposed *Voir Dire* questions, and states as follows:

1. **Question 48 And Proposed *Voir Dire* Question 48.**

This question raises issues the entire jury panel should not hear. There should not be references by the Court to the "Caravan of Death." Nothing should be mentioned about the Letelier case. In addition, the question can be asked in a general way such as: Is anyone familiar with events in Chile in 1973, without the necessity of the Court specifically raising the particular questions Plaintiffs propose.

2. **Questions 57 And 58 And Proposed *Voir Dire* Questions 57 And 58**.

Nothing about these questions seek appropriate *voir dire* information. These are Plaintiffs' arguments in the case. The Court should not be instructing the jury that Mr. Fernández may have been a member of a "Chilean death squad."

BOIES, SCHILLER & FLEXNER LLP

Attorneys for Defendant
Bank of America Tower, Suite 2800
100 S.E. 2nd Street
Miami, Florida 33131
Tel: (305) 539-8400
Fax: (305) 539-1307

By: _____
Steven W. Davis
Florida Bar No. 347442

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true copy of Defendant's Objections to Plaintiffs' Request for Juror Questions or Proposed *Voir Dire* Questions was served by facsimile and U.S. mail this 18th day of June, 2003, upon the following:

Julie C. Ferguson
Julie C. Ferguson & Associates, P.A.
Suite 1480
1200 Brickell Avenue
Miami, Florida 33131

Susan Shawn Roberts
Jill Anne Peasley
Elizabeth Van Schaak
Joshua N. Sondheimer
The Center for Justice & Accountability
Suite 433
588 Sutter Street
San Francisco, California 94102

2

*Estate of Winston Cabello, et al. v. Armando Fernández-Larios*
*Case No. 99-0528-CIV-LENARD*

Leo Cunningham
Nicole M. Healy
Wilson Sonsini Goodrich & Rosati, P.C.
650 Page Mill Road
Palo Alto, California 94304-1050

Robert G. Kerrigan
Kerrigan, Estess, Rankin & McLeod, LLP
Post Office Box 12009
400 E. Government Street
Pensacola, Florida 32501